UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| **MICKEY J. BERGERON**, individually and on behalf of all others similarly situated, | § § § | Docket No. 2:15-cv-01006-CB |
| Plaintiff, | § § | |
| | § | JURY TRIAL DEMANDED |
| v. | § § | |
| **BENTON ENERGY SERVICE COMPANY**, | § § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| Defendant. | § | |

### NOTICE OF SETTLEMENT CLASS MEMBERS

**Opt-In Plaintiffs**

| | | |
|---|---|---|
| 1. | Charles Bennett | $17,112.07 |
| 2. | Derek Broussard | $3,126.61 |
| 3. | Howard Duplechin | $876.20 |
| 4. | Carlos Fair | $2,882.31 |
| 5. | Rodney Fitch | $4,604.24 |
| 6. | Carl Gober | $1,190.13 |
| 7. | Anthony Grabert | $14,952.64 |
| 8. | Robert James | $1,518.95 |
| 9. | Elisa Perales | $13,032.18 |
| 10. | Roland Pitre | $4,945.07 |
| 11. | Leonard Swiderski | $4,996.51 |
| 12. | Mickey J. Bergeron | $9,298.54 |

**Settlement Class Members**

| | | |
|---|---|---|
| 1. | Jacob A. Allemand | $573.12 |
| 2. | Jonathan Clark | $10,163.52 |
| 3. | David Evans | $3,656.07 |
| 4. | Jeremy Lee | $1,779.14 |
| 5. | Charles Lloyd III | $3,068.38 |
| 6. | Charles E. Lloyd IV | $3,671.70 |
| 7. | Stephen L. Lucas | $3,326.25 |
| 8. | Cagney Springer | $2,032.33 |

Respectfully submitted,

By:     */s/ Andrew W. Dunlap*
        Michael A. Josephson
        Pennsylvania Bar No. 308410
        Texas Bar No. 24014780
        *(admitted pro hac vice)*
        Andrew Dunlap
        Texas Bar No. 24078444
        *(admitted pro hac vice)*
        **FIBICH, LEEBRON, COPELAND**
        **BRIGGS & JOSEPHSON**
        1150 Bissonnet
        Houston, Texas 77005
        713-751-0025 – Telephone
        713-751-0030 – Facsimile
        mjosephson@fibichlaw.com
        adunlap@fibichlaw.com

        **AND**

        */s/ Joshua P. Geist*
        Joshua P. Geist
        PA. I.D. No. 85745
        **Goodrich & Geist, P.C.**
        3634 California Ave.
        Pittsburgh, PA 15212
        Tel: 412-766-1455
        Fax: 412-766-0300
        josh@goodrichandgeist.com

        **AND**

        Richard J. (Rex) Burch
        Texas Bar No. 24001807
        **BRUCKNER BURCH, P.L.L.C.**
        8 Greenway Plaza, Suite 1500
        Houston, Texas 77046
        713-877-8788 – Telephone
        713-877-8065 – Facsimile
        rburch@brucknerburch.com

        **ATTORNEYS IN CHARGE FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 23rd day of December 2016.

                                                 */s/ Andrew W. Dunlap*
                                                 Andrew W. Dunlap